Opinion filed August 15, 2013



In The

# Eleventh Court of Appeals

_____

## No. 11-13-00137-CV

_____

## CARL GENE WELCH, Appellant
## V.
## RACHEAL AMBER WELCH, Appellee

**On Appeal from the 266th District Court**
**Erath County, Texas**
**Trial Court Cause No. CV-31,757**

## M E M O R A N D U M   O P I N I O N

Carl Gene Welch, Appellant, has filed in this court a motion for dismissal. In the motion, Appellant states that he "no longer desires to prosecute this appeal," and he requests that this court enter an order dismissing the appeal. Therefore, in accordance with Appellant's request, we dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

The motion to dismiss is granted, and the appeal is dismissed.

August 15, 2013                                                  PER CURIAM

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.